# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2773 | **DATE** | 9/1/2010 |
| **CASE TITLE** | J&J Sports vs. Moreno, et al. | | |

**DOCKET ENTRY TEXT**

```
Plaintiff's motion (34) for summary judgment is granted. Accordingly,
judgment is entered in favor of plaintiff and jointly and severally
against defendants, Maria O. Moreno, indv., and d/b/a Taqueria Mi
Pueblito and Taqueria Mi Pueblito in the amount of $2,200.00 as statutory
damages, $10,000.00 as statutory damages pursuant to Section 605
(e)(3)(C)(ii), and $3807.50 as fees and costs.
```

■ [ For further details see text below.]   Notices mailed by Judicial staff.

**STATEMENT**

Local Rule ("LR") 56.1(b) provides that a party opposing a motion for summary judgment shall file a supporting memorandum of law and a response to the movant's statement of material facts. Further, a district court has authority under LR 56.1 to grant summary judgment against a party who fails to file a supporting memorandum of law. *See Easley v. Kirmsee*, 382 F.3d 693, 696-99 (7th Cir. 2004) (explaining that where a party fails to respond to a motion for summary judgment, the court may properly exercise its discretion and rule on the merits of the unopposed motion). Defendants failed to respond to plaintiff's comprehensive motion for summary judgment and do not oppose plaintiff's LR 56.1 statement of facts. Accordingly, I adopt plaintiff's statement of undisputed material facts and find the evidence and argument provided demonstrate that plaintiff is entitled to summary judgment as a matter of law. The motion for summary judgment is granted.